**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Donald J. Stelly
Louisiana State Prison DOC No. 176402
Falcon 1
Angola LA 70712

**REHEARING ACTION: January 10, 2018**

**Docket Number: 17   00858-CW**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD J. STELLY**

**Writ Application from Evangeline Parish Case No. 43,118-F**

**BEFORE JUDGES**:

> **Hon. Sylvia R. Cooks**
> **Hon. John E. Conery**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald J. Stelly** has this day been

> **DENIED.**

cc: Hon. Trent Brignac, Counsel for  the Respondent